COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

                                

 


 
 
  
 IN RE: ERIC FLORES, 
  
 RELATOR.
 
 
 §
  
 §
  
 §
 
 
 
 
 
 No.
 08-11-00363-CR
  
 ORIGINAL
 PROCEEDING
 
 
 
 
 ON PETITION
 FOR WRIT OF MANDAMUS
 
 
 
 
 
 
 
 
  
 
 
 §
  
 
 
  
 
 
 
 
 
 
  
 
 


MEMORANDUM  OPINION

 

Relator Eric
Flores, pro se, has filed a petition
for writ of mandamus requesting that this Court compel the Honorable Patrick
Garcia, Judge of the 384th Judicial District Court of El Paso County to grant
several pretrial motions, and admit certain evidence for trial.

Relief by writ of
mandamus is appropriate in instances where the relator demonstrates there is no
adequate remedy at law available to correct the alleged harm, and that the
action sought is not discretionary.  See Simon v. Levario,
306 S.W.3d 318, 320 (Tex.Crim.App. 2009)(orig. proceeding). 
Based on the record before us, Relator has not demonstrated he is
entitled to mandamus relief.  See Tex.R.App.P. 52.3.  Accordingly,
the petition is DENIED.  

 

 

January 18, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.

 

(Do Not Publish)